LAW OFFICES
WILLIAMS & CONNOLLY LLP®

AMY MASON SAHARIA
(202) 434-5847
asaharia@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 8, 2026

By CM/ECF

Ms. Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: Notice of Argument Unavailability in *Robinhood Derivatives, LLC v. Campbell*, No. 26-1257

Dear Ms. Dubrovsky:

I write regarding a potential oral argument in the above-captioned appeal. I am counsel for Appellant Robinhood Derivatives, LLC, and expect to present oral argument on Robinhood's behalf. Should the Court intend to schedule oral argument during the Court's November sitting, I hereby inform the Court that I have a planned vacation and am unavailable to present argument on November 2-3, 2026. Additionally, I am counsel of record in another First Circuit appeal, *Efron v. UBS Financial Services, Inc.*, No. 25-1418, which originated in the U.S. District Court for the District of Puerto Rico and is awaiting argument or a decision. Should the Court wish to schedule both appeals for argument during the November sitting, I respectfully request that they be scheduled either in the same sitting location or on different days (within November 4-6) to enable me to travel between locations.

Should the Court intend to schedule this case for argument during the December sitting, I have a conflict on December 9 (due to an argument in the U.S. Supreme Court that day).

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Amy Mason Saharia*

Amy Mason Saharia

cc: Counsel of Record